**Brownstein**

**Brownstein Hyatt Farber Schreck, LLP**
202.296.7353 main
1155 F Street NW, Suite 1200
Washington, DC  20004

May 5, 2022

Sohil Khurana
Policy Advisor and Associate
202.383.5919 direct
skhurana@bhfs.com

United States Department of Justice
National Security Division
3 Constitution Square
175 N Street N.E., 12th floor
Washington, D.C., 20530-0001
Attn: Arnetta Mallory, Government Information Specialist
nsdfoia@usdoj.gov

Re: Freedom of Information Act Request Letter

Dear Arnetta,

This is a request under the Freedom of Information Act. 5 U.S.C. § 552, *et seq*.

I request that a copy of documents containing the following information be provided to me:

- Any notification of registration as an agent of a foreign government under 18 U.S.C. § 951 by an individual or entity to the United States Department of Justice, including, for the avoidance of doubt, the (i) National Security Division, (ii) Interpol-United States National Central Bureau, or (iii) Office of International Affairs, Criminal Division, and/or any of their respective employees and supervisors, including, but not limited to, the Attorney General of the United States, in each case within the last ten (10) years from the date hereof.

- A list containing each individual and/or entity currently registered, as of the date hereof, with the United States Department of Justice as an agent of a foreign government pursuant to 18 U.S.C. § 951.

- Any (a) notification of termination and (b) re-notification following such termination from an agent of a foreign government under 18 U.S.C. § 951 regarding the termination, expiration and/or re-notification of his or her agency relationship with any foreign government to the United States Department of Justice, including, for the avoidance of doubt, the (i) National Security Division, (ii) Interpol-United States National Central Bureau, or (iii) Office of International Affairs, Criminal Division, and/or any of their respective employees and supervisors, including, but not limited to, the Attorney General of the United States, in each case within the last ten (10) years from the date hereof.

**EXHIBIT 1**

www.bhfs.com

United States Department of Justice
Attn: Arnetta Mallory, Government Information Specialist
May 5, 2022
Page 2

For the purposes of determining what, if any, fees may be assessed in connection with the processing of this request, I am requesting the records for commercial use. I agree to pay all necessary costs with respect to this request up to an amount of $1,000. Please contact me if you expect that the costs will exceed such amount.

I request that the information I seek be provided in electronic format.

Please feel free to contact me via (i) email at skhurana@bhfs.com or (ii) telephone at 202-383-5919 if you have any questions or concerns.

Thank you for your prompt consideration of this request.


Sincerely,

Sohil Khurana