

**U.S. Department of Justice**

National Security Division

*Washington, D.C. 20530*

Sohil Khurana
Policy Advisor and Associate
Brownstein Hyatt Farber Schreck, LLP
1155 F Street NW, Suite 1200
skhurana@bhfs.com

Re: FOIA/PA #22-244

July 8, 2022

Dear Mr. Khurana:

      This is our final response to your Freedom of Information Act (FOIA) request dated May 5, 2022, attached.

      Please note that NSD maintains investigative and prosecutorial records pertaining to subjects of NSD investigations. Based on your citation to 18 U.S.C. § 951, we interpret your request to implicate such records.[1] In cases where the confirmation or denial of the existence of such records would, in and of itself, reveal information which would constitute a clearly unwarranted invasion of personal privacy of third parties or would reasonably be expected to interfere with enforcement proceedings, NSD neither confirms nor denies the existence of such records. Therefore, to the extent you are seeking information based on or related to any 18 U.S.C. § 951 submissions that, should any exist, have not already been made public by the Department, we neither confirm nor deny the existence of such records pursuant to 5 U.S.C. 552(b)(6) and/or (7)(A) and/or (7)(C). We did not locate any responsive records that would not be covered by the non-confirmation of the preceding sentence.

      Further, for your information, Congress excluded three discrete categories of law enforcement information and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

      If you are not satisfied with NSD's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account on the following

---

[1] Though we have not interpreted you request in this way because you have styled it as a *Freedom of Information Act* request, to the extent you seek registrations or other submission filed with the National Security Division (NSD) pursuant to the *Foreign Agent Registration Act* (FARA), that information is available for free in compliance with FARA. For more on how to obtain those records, including many available electronically, please see <https://www.justice.gov/nsd-fara/frequently-asked-questions#40>.

**EXHIBIT 2**

website: <https://foiastar.doj.gov>. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769

If you have any other questions, please contact me at kevin.tiernan@usdoj.gov.

Sincerely,

Kevin G. Tiernan
Records and FOIA