Attorney-Client Privilege

**From:** Administrator Email <oip-noreply@usdoj.gov>
**Sent:** Thursday, July 14, 2022 12:34 PM
**To:** Khurana, Sohil <skhurana@bhfs.com>
**Cc:** No-Reply.OIP.FOIASTAR@usdoj.gov
**Subject:** Response to FOIA Appeal A-2022-01454

The Office of Information Policy has made its final determination on your FOIA Appeal Number A-2022-01454**.** A copy of this determination is enclosed for your review, along with any enclosures, if applicable.  Thank you.

1