# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| Courtroom Deputy: Cathy Pearson | Date: August 5, 2022 |
| Court Reporter: Tammy Hoffschildt | |

**CASE NO. 22-cv-01800-RM**

| Parties | Counsel |
|---|---|
| THOMAS BARRACK, JR., | Joseph C. Haupt |
| | Jason R. Dunn |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE, | Vinita Andrapalliyal |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**Court in session:** 12:59 p.m.

Appearances of counsel by telephone.

Preliminary remarks made by the Court.

Discussion held regarding the status of the case and the pending Expedited Motion for Preliminary Injunction (Doc. 2).

**ORDERED:** Thomas J. Barrack, Jr.'s Expedited Motion for Preliminary Injunction (Doc. 2) is DENIED as stated on the record. The preliminary injunction motion shall remain pending, but it will **not** be heard on an expedited basis.

**ORDERED:** The briefing schedule on the preliminary injunction motion shall be in accordance with the Court's practice standards.

**Court in recess:** 1:37 p.m.
**Total in court time:** 00:38
**Hearing concluded**.