

Barack Obama Presidential Library
2500 W Golf Rd
Hoffman Estates, IL 60169
obama.library@nara.gov

August 5, 2022

Sohil Khurana
skhurana@bhfs.com

Dear Sohil Khurana:

This is in response to your July 25, 2022 request for access under the Freedom of Information Act (FOIA) (5 U.S.C. § 552), for White House visitation logs, communications, and documents from November 1, 2016 to January 20, 2017 pertaining to multiple topics that also include any of the following terms: Middle East, ME, UAE, United Arab Emirates, Emirati, Emiratis, Qatar, blockade, Qatari, Qataris, Saudi, Saudis, Saudi Arabia, SA, Kingdom of Saudi Arabia, KSA, Iran, Lebanon, Israel, peace, Abraham Accords, Iran, Joint Comprehensive Plan of Action, JCPOA, Mohammed bin Salman, MBS, Mohamed bin Zayed Al Nahyan, MBZ, Mohammad Javad Zarif, Zarif, John Kerry, Kerry, Camp David, Nasser, Wahid, Foreign Agents Registration Act, FARA, 951, Department of Justice or DOJ (including any requests for information from employees of or appointees to the Department of Justice), Michael Flynn, Flynn, investigation, Special Envoy, Appointment, Thomas J. Barrack, Tom Barrack, TB, Tom B, TJB, George Nader, Nader, Robert Mueller, Mueller, Grimes, Matthew Grimes, MG, Colony Capital, Colony, Ambassador to Argentina, KT McFarland, McFarland, Robert "Bud" McFarlane, McFarlane, IP3, Westinghouse, and Ironbridge, for which you have requested expedited processing. Your request was received by the Obama Library on that date.

Due to the volume of records responsive to your request, we have divided your request into twenty-one separate FOIA cases. They are as follows:

**22-54078-F** records of Yousef Al-Otaiba

**22-54079-F** records of Mohammed bin Zayed Al Nahyan

**22-54080-F** records of Mohammed bin Salman

**22-54081-F** records of Rashid al-Malik

**22-54082-F** records of Matthew Grimes

**22-54083-F** records of Sheikh Meshal Bin Hamad Al-Thani

**22-54084-F** records of Jared Kushner

**22-54085-F** records of Ivanka Trump

**EXHIBIT 1**



Barack Obama Presidential Library
2500 W Golf Rd
Hoffman Estates, IL 60169
obama.library@nara.gov

**22-54086-F** records of Paul Manafort

**22-54087-F** records of Steve Bannon

**22-54088-F** records of Sheikh Tahnoon

**22-54089-F** records of Ali Al Shamsi

**22-54090-F** records of Khalifa Al Ghafli

**22-54091-F** records of Ali Al Neyadi

**22-54092-F** records of Khaldoon Al Mubarak

**22-54093-F** records of any executives of the Abu Dhabi Investment Authority (ADIA)

**22-54094-F** records of any executives of Mubadala Investment Company (Mubadala)

**22-54095-F** records of the Middle East Peace Agreements

**22-54096-F** records of the Abraham Accords

**22-54097-F** records of the Expo 2020 Dubai

**22-54098-F** records of Colony Capital (now known as DigitalBridge Group, Inc.)

With respect to your expedition request, the National Archives and Records Administration (NARA) has promulgated regulations providing for expedited processing of requests if the requester demonstrates a compelling need (as defined in statute) or in any case the agency deems appropriate under its regulations.  NARA's regulations are published at 36 C.F.R. § 1250.28.  The requester must demonstrate that the records sought are necessary for one of the following reasons:

1. A reasonable expectation of an imminent threat to an individual's life or physical safety;
2. A reasonable expectation of an imminent loss of a substantial due process right;
3. An urgent need to inform the public about an actual or alleged Federal Government activity (this criterion applies only to those requests made by a person primarily engaged in disseminating information to the public); or
4. A matter of widespread and exceptional media interest in which there exist possible questions that affect public confidence in the Government's integrity.

==We consider your request for records related to multiple topics to meet the requirements for expedited processing.==



Barack Obama Presidential Library
2500 W Golf Rd
Hoffman Estates, IL 60169
obama.library@nara.gov

If you have any questions regarding the status of your FOIA request, please contact me directly at 847-252-5709. If you have any questions or concerns about NARA's handling of this expedited request, please feel free to contact NARA's FOIA Officer Joe Scanlon at (301) 837-0583.

If you consider this response to be a denial of your FOIA request, you may appeal by writing to the Deputy Archivist of the United States, (ATTN: FOIA Appeal Staff), Room 4200, National Archives and Records Administration, 8601 Adelphi Road, College Park, Maryland 20740-6001. You should explain why you believe this response does not meet the requirements of the FOIA. Both the letter and the envelope should be clearly marked "FOIA Appeal." To be considered timely, your appeal must be postmarked or electronically submitted within 90 calendar days from the date of this letter.

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our FOIA Public Liaison Stephannie Oriabure for assistance at: Archival Operations Division, National Archives and Records Administration, 700 Pennsylvania Avenue, NW, Room G-7, Washington, DC 20408-0001; email at libraries.foia.liaison@nara.gov; telephone at 202-357-5200; or facsimile at 202-357-5941.

You may also contact the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, for assistance. OGIS offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road – OGIS, College Park, MD 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,


JILL ZAWACKI
Supervisory Archivist
Barack Obama Library

cc:   Joe Scanlon
        FOIA Officer, National Archives and Records Administration