# Haupt, Joseph C.

| | |
|---|---|
| **From:** | Cawana.Pearson@treasury.gov |
| **Sent:** | Wednesday, August 10, 2022 2:35 PM |
| **To:** | Khurana, Sohil; FOIA@treasury.gov |
| **Cc:** | Dunn, Jason R.; Haupt, Joseph C.; mora@namdarlaw.com |
| **Subject:** | RE: FOIA Acknowledgement Fee  Expedited - 2022-FOIA-00546 |

Good afternoon,

Thank you for advising the Department of the Treasury, Departmental Offices that Brownstein Hyatt Farber Schreck, LLP is counsel for Mr. Thomas J. Barrack. ==In light of the additional information provided, we have determined to grant expedited treatment for FOIA request== 2022-FOA-00546.  Since you are requesting records relating to another person/client we require proof of identity of the person/client.  Below are the requirements for submitting proof of id to our office. You are more than welcome to respond to this email with the proof of id attached:

**Requirements for Proof of ID:**

In order to process your request under the Privacy Act (PA), proof of identity is required. If you are seeking records on yourself, you are required to verify your identity.  This verification is required in order to protect your privacy and to ensure that private information about you is not disclosed inappropriately to someone else.  Whenever you request information about yourself you will be asked to provide either a notarized statement or a statement signed under penalty of perjury stating that you are the person who you say you are.  You may fulfill this requirement by providing your full name, current address, and date and place of birth and either (1) have your signature on your request letter witnessed by a notary, or (2) include the following statement immediately above the signature on your request letter: "I declare under penalty of perjury that the foregoing is true and correct.  Executed on [date]." If you request information about yourself and do not follow one of these procedures, your request cannot be processed.

If you request records relating to another person/client, and disclosure of the records could invade that person's privacy, they ordinarily will not be disclosed to you.  You may submit  either a notarized authorization signed by that individual or a declaration made in compliance with the requirements set forth in 28 U.S.C. § 1746 by that individual authorizing disclosure of the records to you, or by submitting proof that the individual is deceased.

**From:** Khurana, Sohil <skhurana@bhfs.com>
**Sent:** Wednesday, August 10, 2022 12:46 PM
**To:** Pearson, Cawana <Cawana.Pearson@treasury.gov>; FOIA Public Liaison Departmental Offices <FOIAPL@treasury.gov>
**Cc:** Dunn, Jason R. <JDunn@BHFS.com>; Haupt, Joseph C. <jhaupt@bhfs.com>; mora@namdarlaw.com
**Subject:** RE: FOIA Acknowledgement Fee Expedited - 2022-FOIA-00546

**\*\* Caution:** External email. Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **\*\***

**EXHIBIT 2**

Cawana,

Brownstein Hyatt Farber Schreck, LLP is counsel for, and as such, represents Mr. Barrack. Accordingly, our request for expedited processing, as re-pasted below, indicates that our client would suffer from a loss of due process rights in the event the request for expedited processing is not approved given that the records requested by our FOIA requests are likely exculpatory in nature related to his upcoming trial in September 2022. I would also note that other federal agencies such as the Office of Management and Budget have approved such a request for expedited processing so there should be no concerns on the part of the Treasury Dept. to similarly approve this request for expedited processing.

Please reach out if you have any additional concerns or questions.

Expedited Processing: I ask that my request receive expedited processing because a compelling need for the requested information exists in accordance with applicable law and regulations. On July 16, 2021, federal prosecutors with the Eastern District of New York filed an initial seven-count indictment against Thomas J. Barrack and other co-defendants, in which federal prosecutors alleged, among other things, that Mr. Barrack acted as an unregistered agent of a foreign government without prior notification to the Attorney General of the United States in accordance with 18 U.S.C. § 951(a). Mr. Barrack's case is scheduled to commence trial on September 7, 2022. The information requested under this FOIA request has a strong likelihood of constituting exculpatory evidence in connection with Mr. Barrack's upcoming trial. The failure to obtain the requested records on an expedited basis would result in Mr. Barrack's inability to use such information as exculpatory evidence in his upcoming trial. The result of such failure could be a wrongful sentence of imprisonment. Thus, a compelling need exists in that the failure to obtain the requested records on an expedited basis could reasonably be expected to result in a wrongful prison sentence imposed on Mr. Barrack following trial. Accordingly, the close proximity to Mr. Barrack's upcoming trial as well as federal prosecutor's repeated delays in providing exculpatory evidence via the judicial process demonstrate that (1) Mr. Barrack's ability to use exculpatory evidence at trial would be significantly impaired by the failure to immediately process the requests set forth in this FOIA request and (2) the requested information is not otherwise available

**Sohil Khurana\***
Policy Advisor and Associate
**Brownstein Hyatt Farber Schreck, LLP**
1155 F Street N.W., Suite 1200
Washington, DC 20004
202.383.5919 tel
skhurana@bhfs.com
\* Currently licensed to practice law in New York, but not currently licensed in the District of Columbia.

---

**From:** Cawana.Pearson@treasury.gov <Cawana.Pearson@treasury.gov>
**Sent:** Wednesday, August 10, 2022 11:47 AM
**To:** Khurana, Sohil <skhurana@bhfs.com>
**Cc:** Dunn, Jason R. <JDunn@BHFS.com>; Haupt, Joseph C. <jhaupt@bhfs.com>; mora@namdarlaw.com
**Subject:** FOIA Acknowledgement Fee Expedited - 2022-FOIA-00546

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.