All withholdings redacted pursuant to 5 USC 552 (b)(4)

[REDACTED]

CONFIDENTIAL FOIA TREATMENT REQUESTED

August 29, 2012

VIA COURIER
VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED

The Honorable Eric H. Holder, Jr.
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue Northwest
Washington, District of Columbia  20530

ATTN: National Security Division

Re:    Notification under 18 U.S.C. § 951

Dear Attorney General Holder:

This letter is a notification under 18 U.S.C. § 951 that my firm, [REDACTED] [REDACTED], will be acting as an agent on behalf of [REDACTED] with regard to [REDACTED] [REDACTED]'s interests in certain legal matters.  My law partner [REDACTED] and I will serve as the principal agents of [REDACTED] in these matters.  We may be reached at the following business addresses:

[REDACTED]

Our activities will include [REDACTED] [REDACTED] [REDACTED].  At this time, we *do not* at this point intend to represent the interests of [REDACTED] [REDACTED] before any agency or official of the Government of the United States.  Our understanding of the law

**EXHIBIT
3**

[REDACTED]

All withholdings redacted pursuant to 5 USC 552 (b)(4)

All withholdings redacted pursuant to 5 USC 552 (b)(4)



is that, given the scope of our present activities, the Foreign Agents Registration Act of 1938 ("FARA"), 22 U.S.C. § 611 *et seq.*, does not require us to register separately with the FARA Registration Unit of the Department of Justice.  We anticipate that our activities as an agent of ██████████████████ will conclude within six months of the date of this letter.

As required by 28 C.F.R. § 73.3, should any change occur in the information stated above, we will apprise the Department within 10 business days of the change.  I remain available to discuss these matters as necessary.

Sincerely,

██████████████████

Attachment

All withholdings redacted pursuant to 5 USC 552 (b)(4)

All withholdings redacted pursuant to 5 USC 552 (b)(4)

## CERTIFICATION

I, ███████████ in accordance with the requirements of 28 U.S.C. § 1746, 18 U.S.C. § 951, and 28 C.F.R. § 73.3(a), certify under penalty of perjury that the foregoing notification made under 18 U.S.C. § 951 and 28 C.F.R. Part 73 is true and correct to the best of my knowledge.

Dated: August 29, 2012

2012 AUG 29 PM 3: 44

All withholdings redacted pursuant to 5 USC 552 (b)(4)