**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-01800-RM-GPG

THOMAS J. BARRACK, JR.,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

      Defendant.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order (Doc. 22) of Judge Raymond P. Moore entered on October 6, 2022, it is

      ORDERED that judgment is hereby entered in favor of the defendant, United States Department of Justice, and against the plaintiff, Thomas J. Barrack, Jr.   It is

      FURTHER ORDERED that this case is closed.

      Dated at Denver, Colorado this 6th day of October, 2022.

                          FOR THE COURT:
                          JEFFREY P. COLWELL, CLERK

                            s/C. Pearson, Deputy Clerk